```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2781
```



FILED

APR 1 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. 07-126-EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ALICE PETERSON, ) JAMEL GILL, AND ) JAVON GILL, ) | |
| Defendants. ) | Hon. Edward J. Garcia |

The parties request and stipulate that the time beginning April 5, 2007, and extending through April 27, 2007 and stipulate should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for both parties need more time to evaluate a possible plea disposition and information relevant to sentencing.  The parties stipulate and agree that the

1

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: April 6, 2007          By: /s/ Jill Thomas
                                      JILL THOMAS
                                      Assistant U.S. Attorney

Dated: April 6, 2007          By: /s/ Shari Rusk
                                      SHARI RUSK
                                      Attorney for defendant
                                      Javon Gill

Dated: April 6, 2007          By: /s/ Ned Smock
                                      NED SMOCK
                                      Attorney for defendant
                                      Jamel Gill

Dated: April 6, 2007          By: /s/ Candace Fry
                                      CANDACE A. FRY
                                      Attorney for defendant
                                      Alice Peterson

**ORDER**

In case number 07-0087 EJG, the time beginning April 5, 2007, and extending through April 27, 2007, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: 4/10/07                          /s/ Edward J. Garcia
                                     EDWARD J. GARCIA
                                     Senior United States District Judge