Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 07-126 EJG |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| | ) Court:  Hon. Judge Edward J. Garcia |
| Alice Petersen, et.al. | ) Time:   10:00 a.m. |
| Defendants | ) Date:   July 20, 2007 |

   Defendants Alice Petersen, Jamal Gill and Javon Gill are charged in an indictment alleging five counts of violations of 21 U.S.C. §§s 841(a)(1) – Distribution and Conspiracy to Distribute Cocaine Base; Possession of Cocaine Base with Intent to Distribute; and Maintaining a Place in violation of 21 U.S.C. § 856(a)(1).  A status conference was previously set for June 8, 2007.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to June 29, 2007, if that date is available with the Court.

   The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: June 6, 2007						Respectfully submitted,


							__/s/ Shari Rusk___
							Shari Rusk
							Attorney for Defendant
							Javon Gill


							/s/ Ned Smock
							Ned Smock
							Attorney for Defendant
							Jamal Gill


							 /s/ Candace Fry
							Candace Fry
							Attorney for Defendant
							Alice Petersen


Dated: June 6, 2007				___ Jill Thomas_____
							/s/ Jill Thomas
							Assistant United States Attorney



**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through June 29, 2007, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: June 7, 2007

							/s/ Edward J. Garcia
							Hon. Edward J. Garcia
							United States District Court

-2-