1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  JAMEL GILL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR-S-07-126 EJG
                                    )
12                  Plaintiff,      )
                                    )  STIPULATION AND ORDER
13      v.                          )
                                    )
14 ALICE PETERSON,                  )  Date: August 24, 2007
   JAMEL GILL, and                  )  Time: 10:00 A.M.
15 JAVON GILL                       )
                                    )  Judge: Hon. Edward J. Garcia
16                                  )
                    Defendant.      )
17 _____

18

19      IT IS HEREBY STIPULATED by and between the parties hereto through

20 their respective counsel, JILL THOMAS, Assistant United States

   Attorney, attorney for Plaintiff; CANDACE FRY, attorney for defendant
21
   ALICE PETERSON; NED SMOCK, Assistant Federal Defender, attorney for
22
   defendant JAMEL GILL; and SHARI RUSK, attorney for defendant JAVON
23
   GILL, that the status conference now scheduled for June 29, 2007 be
24
   vacated and a new date of August 24, 2007 be set for status.
25
        The defense has received a large amount of discovery, including
26
   hours of audio and video recordings.  The defense needs additional time
27
   to review that discovery and to perform necessary investigation.  In
28

1  addition, the defense has requested and is awaiting additional

2  discovery.

3      It is stipulated and agreed between the parties that the period

4  beginning June 29, 2007 to August 24, 2007 should be excluded in

5  computing the time within which the trial of the above criminal

6  prosecution must commence for purposes of the Speedy Trial Act for

7  defense preparation.  All parties stipulate and agree that this is an

8  appropriate exclusion of time within the meaning of Title 18, United

9  States Code, Section 3161(h)(8)(iv) (Local Code T4).

10  Dated: June 26, 2007                 Respectfully submitted,

11                                       DANIEL BRODERICK
                                         Federal Defender
12
                                         /s/NED SMOCK
13                                       NED SMOCK
                                         Assistant Federal Defender
14                                       Attorney for Defendant
                                         JAMEL GILL
15
                                         /s/Ned Smock for CANDACE FRY
16                                       CANDACE FRY
                                         Attorney for Defendant
17                                       ALICE PETERSON

18                                       /s/Ned Smock for SHARI RUSK
                                         SHARI RUSK
19                                       Attorney for Defendant
                                         JAVON GILL
20
                                         MCGREGOR W. SCOTT
21                                       United States Attorney

22  Dated:  June 26, 2007                /s/ Ned Smock for Jill Thomas
                                         JILL THOMAS
23                                       Assistant U.S. Attorney

24      **IT IS SO ORDERED.**

25  DATED: June 26, 2007_____

26                                       /s/ Edward J. Garcia
                                         HONORABLE EDWARD J. GARCIA
27                                       District Court Judge

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28