1   DANIEL BRODERICK, Bar # 89424
    Federal Defender
2   NED SMOCK, Bar # 236238
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

    Attorney for Defendant
6   JAMEL GILL

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR-S-07-126 EJG
                                     )
12                  Plaintiff,       )
                                     )  STIPULATION AND ORDER
13       v.                          )
                                     )
14  ALICE PETERSON,                  )  Date: August 24, 2007
    JAMEL GILL, and                  )  Time: 10:00 A.M.
15  JAVON GILL                       )
                                     )  Judge: Hon. Edward J. Garcia
16                                   )
                    Defendant.       )
17  _____

18
         IT IS HEREBY STIPULATED by and between the parties hereto through
19
    their respective counsel, JILL THOMAS, Assistant United States
20
    Attorney, attorney for Plaintiff; CANDACE FRY, attorney for defendant
21
    ALICE PETERSON; NED SMOCK, Assistant Federal Defender, attorney for
22
    defendant JAMEL GILL; and SHARI RUSK, attorney for defendant JAVON
23
    GILL, that the status conference now scheduled for June 29, 2007 be
24
    vacated and a new date of August 24, 2007 be set for status.
25
         The defense has received a large amount of discovery, including
26
    hours of audio and video recordings.  The defense needs additional time
27
    to review that discovery and to perform necessary investigation.  In
28

1  addition, the defense has requested and is awaiting additional

2  discovery.

3      It is stipulated and agreed between the parties that the period

4  beginning June 29, 2007 to August 24, 2007 should be excluded in

5  computing the time within which the trial of the above criminal

6  prosecution must commence for purposes of the Speedy Trial Act for

7  defense preparation.  All parties stipulate and agree that this is an

8  appropriate exclusion of time within the meaning of Title 18, United

9  States Code, Section 3161(h)(8)(iv) (Local Code T4).

10  Dated: June 26, 2007              Respectfully submitted,

11                                    DANIEL BRODERICK
                                      Federal Defender
12
                                      /s/NED SMOCK
13                                    NED SMOCK
                                      Assistant Federal Defender
14                                    Attorney for Defendant
                                      JAMEL GILL
15
                                      /s/Ned Smock for CANDACE FRY
16                                    CANDACE FRY
                                      Attorney for Defendant
17                                    ALICE PETERSON

18                                    /s/Ned Smock for SHARI RUSK
                                      SHARI RUSK
19                                    Attorney for Defendant
                                      JAVON GILL
20
                                      MCGREGOR W. SCOTT
21                                    United States Attorney

22  Dated:  June 26, 2007            /s/ Ned Smock for Jill Thomas
                                      JILL THOMAS
23                                    Assistant U.S. Attorney

24      **IT IS SO ORDERED.**

25  DATED: June 26, 2007_____

26                                    /s/ Edward J. Garcia
                                      HONORABLE EDWARD J. GARCIA
27                                    District Court Judge

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28