DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAMEL GILL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-126 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| ALICE PETERSON, | ) | Date: September 14, 2007 |
| JAMEL GILL, and | ) | Time: 10:00 A.M. |
| JAVON GILL | ) | |
| | ) | Judge: Hon. Edward J. Garcia |
| | ) | |
| Defendant. | ) | |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through
their respective counsel, JILL THOMAS, Assistant United States
Attorney, attorney for Plaintiff; CANDACE FRY, attorney for defendant
ALICE PETERSON; NED SMOCK, Assistant Federal Defender, attorney for
defendant JAMEL GILL; and SHARI RUSK, attorney for defendant JAVON
GILL, that the status conference now scheduled for August 24, 2007 be
vacated and a new date of September 14, 2007 be set for status.

The defense is reviewing existing discovery, which includes
lengthy audio and video recordings, and is expecting to receive
additional discovery from the government.  The defense needs additional

1    time to review that discovery and to perform necessary investigation.

2         It is stipulated and agreed between the parties that the period

3    beginning August 24, 2007 to September 14, 2007 should be excluded in

4    computing the time within which the trial of the above criminal

5    prosecution must commence for purposes of the Speedy Trial Act for

6    defense preparation.  All parties stipulate and agree that this is an

7    appropriate exclusion of time within the meaning of Title 18, United

8    States Code, Section 3161(h)(8)(iv) (Local Code T4).

9

10   Dated: August 22, 2007              Respectfully submitted,

11                                       DANIEL BRODERICK
                                         Federal Defender
12

13                                       /s/NED SMOCK
                                         NED SMOCK
14                                       Assistant Federal Defender
                                         Attorney for Defendant
15                                       JAMEL GILL

16                                       /s/Ned Smock for CANDACE FRY
                                         CANDACE FRY
17                                       Attorney for Defendant
                                         ALICE PETERSON
18
                                         /s/Ned Smock for SHARI RUSK
19                                       SHARI RUSK
                                         Attorney for Defendant
20                                       JAVON GILL

21
                                         MCGREGOR W. SCOTT
22                                       United States Attorney

23   Dated:  August 22, 2007             /s/ Ned Smock for Jill Thomas
                                         JILL THOMAS
24                                       Assistant U.S. Attorney

25

26

27

28

                                        2

1                              * * * * * * * * * *

2                                   **ORDER**

3        **IT IS SO ORDERED.**

4   DATED:__August 22, 2007_____

5                                       /s/ Edward J. Garcia
                                        _____
6                                       HONORABLE EDWARD J. GARCIA
                                        District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3