```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  JAMEL GILL
```

FILED

SEP 1 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-126 EJG |
| Plaintiff, | STIPULATION AND [PROPOSED ORDER] |
| v. | |
| ALICE PETERSON, JAMEL GILL, and JAVON GILL | Date: October 19, 2007<br>Time: 10:00 A.M.<br>Judge: Hon. Edward J. Garcia |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff; CANDACE FRY, attorney for defendant ALICE PETERSON; NED SMOCK, Assistant Federal Defender, attorney for defendant JAMEL GILL; and SHARI RUSK, attorney for defendant JAVON GILL, that the status conference now scheduled for September 14, 2007 be vacated and a new date of October 19, 2007 be set for status.

The defense is reviewing discovery, including video and audio recordings and additional discovery on drug quantities received recently from the government. In addition, defense counsel are

1  investigating issues related to criminal history.  Additional time is
2  needed to perform investigation and obtain information about prior
3  convictions.
4      It is stipulated and agreed between the parties that the period
5  beginning September 14, 2007 to October 19, 2007 should be excluded in
6  computing the time within which the trial of the above criminal
7  prosecution must commence for purposes of the Speedy Trial Act for
8  defense preparation.  All parties stipulate and agree that this is an
9  appropriate exclusion of time within the meaning of Title 18, United
10 States Code, Section 3161(h)(8)(iv) (Local Code T4).

12 Dated: September 12, 2007          Respectfully submitted,
13                                    DANIEL BRODERICK
                                      Federal Defender
15                                    /s/NED SMOCK
                                      NED SMOCK
16                                    Assistant Federal Defender
                                      Attorney for Defendant
17                                    JAMEL GILL

18                                    /s/Ned Smock for CANDACE FRY
                                      CANDACE FRY
19                                    Attorney for Defendant
                                      ALICE PETERSON

20                                    /s/Ned Smock for SHARI RUSK
21                                    SHARI RUSK
                                      Attorney for Defendant
22                                    JAVON GILL

24                                    MCGREGOR W. SCOTT
                                      United States Attorney
25 Dated:   September 12, 2007        /s/ Ned Smock for Jill Thomas
                                      JILL THOMAS
26                                    Assistant U.S. Attorney

2

\* \* \* \* \* \* \* \* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: [signature]
9/12/07

[signature]
HONORABLE EDWARD J. GARCIA
District Court Judge

3