1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for ALICE PETERSON,
5  Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR.S-07-126-EJG
                                  )
12             Plaintiff,         )  **STIPULATION AND ORDER**
                                  )
13     v.                         )
                                  )
14                                )
   ALICE PETERSON, JAMEL GILL and )
15 JAVON GILL,                    )
                                  )
16             Defendants.        )
   ───────────────────────────────
17

18
        It is hereby stipulated and agreed by and between the parties
19
   hereto and their counsel, that the status conference now scheduled for
20
   October 19, 2007, be vacated and a new date of November 16, 2007, at
21
   10:00 a.m., be set for status.
22
        This continuance is sought for the following reasons:  the
23
   Government is in the process of preparing a written plea agreement as
24
   to defendant Alice Peterson; defense counsel for defendants Jamel and
25
   Javon Gill remain in the process of conducting investigation; and all
26
   defense counsel continue to investigate issues related to criminal
27
   history.
28

                                 -1-

1  The parties further stipulate and agree that time should be
2  excluded through November 16, 2007, from computation under the Speedy
3  Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T-4) in
4  order to afford the defense reasonable time for preparation of the
5  case.

Dated:  October 2, 2007          /s/ Candace A. Fry
                                 CANDACE A. FRY, Attorney for
                                 Defendant ALICE PETERSON

Dated:  October 2, 2007          McGREGOR W. SCOTT
                                 United States Attorney

                                  /s/ Candace A. Fry for
                                 JILL THOMAS, Assistant U.S.
                                 Attorney

Dated:  October 2, 2007          DANIEL BRODERICK
                                 Federal Defender

                                  /s/ Candace A. Fry for
                                 NED SMOCK, Assistant Federal
                                 Defender, Attorney for
                                 Defendant JAMEL GILL

Dated:  October 2, 2007           /s/ Candace A. Fry for
                                 SHARI RUSK, Attorney for
                                 Defendant JAVON GILL

                                 (Signed for all counsel with
                                 their prior authorization)

**O R D E R**

IT IS SO ORDERED.

      Dated: October 3, 2007


         /s/ Edward J. Garcia
         EDWARD J. GARCIA
         U.S. DISTRICT COURT JUDGE