McGREGOR W. SCOTT
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alice Peterson,<br>Jamel Gill, and<br>Javon Gill<br><br>Defendants. | CR. 07-126-EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Hon. Edward J. Garcia |

The parties request and stipulate that the time beginning October 4, 2007, and extending through November 30, 2007 and stipulate should be excluded from the calculation of time under the Speedy Trial Act. The requested date for the next status conference is November 30, 2007 at 10:00 a.m. Defendants Alice Peterson, Jamel Gill and Javon Gill and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the

parties are working toward a resolution to the case and need more time to evaluate the evidence and negotiate disputed issues. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and local code T-4. The Court on October 3, 2007 ordered a T-4 exclusion of time until November 16, 2007.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: November 9, 2007

By: /s/ Jill Thomas
JILL THOMAS
Assistant U.S. Attorney

Dated: November 9, 2007

By: /s/ Candace Fry
CANDACE FRY
Attorney for defendant
Alice Peterson

Dated: November 9, 2007

By: /s/ Shari Rusk
SHARI RUSK
Attorney for defendant
Javon Gill

Dated: November 9, 2007

By: /s/ Ned Smock
NED SMOCK
Attorney for defendant
Jamel Gill

**ORDER**

In case number 07-126 EJG, the time beginning October 4, 2007, and extending through November 30, 2007, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and local code T-4. The next status conference date is set for November 30, 2007.

IT IS SO ORDERED.

Dated: November 13, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge