Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Alice Petersen, et.al.<br><br>        Defendants | Case No.: CR.S. 07-126 EJG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Judge Edward J. Garcia<br>Time:    10:00 a.m.<br>Date:    March 7, 2008 |

    Defendants Jamal Gill and Javon Gill are charged in an indictment alleging five counts of violations of 21 U.S.C. §§s 841(a)(1) – Distribution and Conspiracy to Distribute Cocaine Base; Possession of Cocaine Base with Intent to Distribute; and Maintaining a Place in violation of 21 U.S.C. § 856(a)(1).  A status conference was previously set for February 1, 2008.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to March 7, 2008, if that date is available with the Court.

    The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

```
Dated: January 4, 2008            Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Javon Gill


                                  /s/ Steve Bauer
                                  Steve Bauer
                                  Attorney for Defendant
                                  Jamal Gill



Dated: January 4, 2008            ___ Jill Thomas_____
                                  /s/ Jill Thomas
                                  Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through March 7, 2008, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: January 7, 2008

```
                                  /s/ Edward J. Garcia
                                  Hon. Edward J. Garcia
                                  United States District Court
```