UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                          RE:    Alice PETERSON
                                  Docket Number:   2:07CR00126-01
                                  **CONTINUANCE OF JUDGMENT**
                                  **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 02/29/2008 to 04/25/2008 at 10AM.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  The parties agree the defendant's sentencing should follow resolution of the co-defendant's cases.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                      Respectfully submitted,


                                      **LINDA L. ALGER**
                                **Senior United States Probation Officer**

**REVIEWED BY:**
                **KAREN A. MEUSLING**
                **Supervising United States Probation Officer**

Dated:        January 30, 2008
                Sacramento, California
                LLA

Attachment

**RE:    Alice PETERSON**
      **Docket Number:   2:07CR126-01**
      **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk


| XX | **Approved** | /s/ Edward J. Garcia | 1/30/08 |
|---|---|---|---|
|    |              | **EDWARD J. GARCIA** |         |
|    |              | **Senior United States District Judge** | **Date** |
|    | **Disapproved** |                  |         |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:   2:07CR00126-01 |
| **Plaintiff,** | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| vs. | |
| **Alice Peterson** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 04/25/2008 @ 10am |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 04/18/2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 04/11/2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 04/04/2008 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 03/21/2008 |