1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **JAMEL GILL**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S 07-126 EJG |
| ) | |
| Plaintiff, ) | (Amended) |
| ) | **STIPULATION AND ORDER** |
| v. ) | **THEREON** |
| ) | |
| **JAMEL GILL**, ) | (Continuing Status to 3/14/08) |
| ) | |
| Defendant, ) | |

It is hereby stipulated between counsel for the government and the defendants that the status conference presently scheduled for March 7, 2008 may be continued to March 14, 2008 at 9;00 a.m. This continuance is requested to allow defense counsel additional time to prepare.

It is further stipulated that the time between December 14, 2007 and January 18, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated:  February 29, 2008            Dated:   February 29, 2008

/ s / Jill Thomas                    / s / Steven D. Bauer

**JILL THOMAS**                      **STEVEN D. BAUER**
Assistant United States Attorney     Attorney for Defendant

(Additional Signatures and Order on Following Page)

1 | Dated: February 29, 2008

2 | / s / Shari Rusk
3 | **SHARI RUSK**
  | Attorney for Defendant
4 |
  | For Good Cause Appearing
5 | **IT IS SO ORDERED**
  | Dated: March   3, 2008
6 |

7 | /s/ Edward J. Garcia

8 | **EDWARD J. GARCIA**
  | U. S. District Judge
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |