*Candace A. Fry*

Attorney at Law
2401 Capitol Avenue, Suite 3A
Sacramento, California 95816
Telephone: (916) 446-9322
FAX: (916) 446-0770   E-mail: FryEsq@aol.com

```
Date:      April 10, 2008

To:        Colleen Lydon
           Courtroom Clerk (EJG)

From:      Candace A. Fry

Re:        U.S. v. Alice Peterson
           No. CR.S-07-126-EJG
```

     This will confirm that the parties have agreed that judgment and sentencing of the above-named defendant will be continued for one week, from April 25, 2008 to May 2, 2008, at 10:00 a.m. before The Honorable Edward J. Garcia.

     The remaining events of the presentence report schedule shall accordingly be continued for one week, as follows:  objections to draft presentence report due April 11, 2008; final presentence report due filed with court April 18, 2008; motion for correction of presentence report due filed April 25, 2008.

     Thank you for your assistance.

---

     IT IS SO ORDERED.

          Dated: April 14, 2008


                         /s/ Edward J. Garcia
                         EDWARD J. GARCIA
                         U.S. District Court Judge