**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAMEL GILL**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Crim. S 07-126 EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **THEREON** |
| | ) | |
| **JAMEL GILL**, | ) | (Continuing Status to 9/5/08) |
| Defendant, | ) | |
| | ) | |

It is hereby stipulated between counsel for the government and the defendants that the status conference presently scheduled for July 18, 2008   may be continued to September 5, 2008 at 10;00 a.m. The parties have been engaged in fruitful negotiations and this continuance is requested to allow defense counsel additional time to prepare.

It is further stipulated that the time between July 18, 2008 and September 5, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated:  July 16, 2008                           Dated:   July 16, 2008

/ s / Jill Thomas                                 / s / Steven D. Bauer

**JILL THOMAS**                                **STEVEN D. BAUER**
Assistant United States Attorney       Attorney for Defendant

(Additional Signatures and Order on Following Page)

1  Dated:  July 16, 2008

2  / s / Shari Rusk
   **SHARI RUSK**
3  Attorney for Defendant

4  For Good Cause Appearing
   **IT IS SO ORDERED**
5  Dated: July 16, 2008

6

7  /s/ Edward J. Garcia
   **EDWARD J. GARCIA**
8  U. S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28